IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD C. WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-05-2308 |
| | § | |
| JO ANNE B. BARNHART, Commissioner, | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On August 2, 2006, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment, under 28 U.S.C. § 636(c). (Docket Entry #25). On September 26, 2006, the court entered a memorandum and order disposing of the issues in this case and remanding the case to the Commissioner for further proceedings. (Docket Entry #26). Therefore, it is

**ORDERED** that this case is **DISMISSED**, without prejudice.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 26th day of September, 2006.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**